```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 08 B 22501
   ALBERT L JONES JR
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-6514

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 08/26/2008 and was not confirmed.

      The case was converted to chapter 7 without confirmation 11/19/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
BANK OF AMERICA MORTGAGE  CURRENT MORTG          .00            .00             .00
BANK OF AMERICA MORTGAGE  MORTGAGE ARRE     15000.00            .00             .00
IL DEPT OF EMPLOYMENT SE  PRIORITY           3799.47            .00             .00
ILLINOIS DEPT OF REVENUE  PRIORITY          NOT FILED          .00             .00
ILLINOIS DEPT OF REVENUE  PRIORITY          NOT FILED          .00             .00
INTERNAL REVENUE SERVICE  PRIORITY          NOT FILED          .00             .00
INTERNAL REVENUE SERVICE  PRIORITY          NOT FILED          .00             .00
ECMC                      UNSECURED         10040.74            .00             .00
AMERICAN EXPRESS          UNSECURED         10289.39            .00             .00
CAPITAL ONE               UNSECURED          3065.45            .00             .00
CITIFINANCIAL AUTO CREDI  UNSECURED          5740.16            .00             .00
DEX                       UNSECURED         NOT FILED          .00             .00
ALJJ ENTERPRISES          UNSECURED         NOT FILED          .00             .00
MAGES & PRICE             UNSECURED         NOT FILED          .00             .00
MCCARTHY BURGESS & WOLFF  UNSECURED         NOT FILED          .00             .00
TCF NATIONAL BANK         UNSECURED         NOT FILED          .00             .00
VAL PAK                   UNSECURED         NOT FILED          .00             .00
US DEPT OF EDUCATION      UNSECURED          2622.86            .00             .00
IL DEPT OF EMPLOYMENT SE  PRIORITY            388.71            .00             .00
IL DEPT OF EMPLOYMENT SE  UNSECURED          3456.07            .00             .00
LVNV FUNDING              UNSECURED           389.48            .00             .00
ANGIE S LEE               DEBTOR ATTY            .00                            .00
TOM VAUGHN                TRUSTEE                                               .00
DEBTOR REFUND             REFUND                                                .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
```

PAGE   1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 22501 ALBERT L JONES JR

```
TRUSTEE COMPENSATION                                                    .00
DEBTOR REFUND                                                           .00
                                     ---------------    ---------------
TOTALS                                          .00                  .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 02/24/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
            CASE NO. 08 B 22501 ALBERT L JONES JR